BEFORE: WILLIAM D. WALL DATE: 06/06/07

UNITED STATES MAGISTRATE JUDGE TIME: 3:00 PM

DOCKET NO.   CV 06-1064 ASSIGNED JUDGE: BIANCO

CASE NAME: VASQUEZ-TELLEZ ET AL. V. FEDERAL BUREAU OF INVESTIGATIONS ET AL.

CIVIL CONFERENCE

Initial ____ Status ____ Settlement   X   Pretrial ____

Other: _____

APPEARANCES:   Plaintiff       Willaim Baier

               Defendant      James Knapp

SCHEDULING:

The next ____ conference will be held on ____.

THE FOLLOWING RULINGS WERE MADE: The case is settled. The parties shall file a stipulation of discontinuance with Judge Bianco.

SO ORDERED

/s/ William D. Wall
WILLIAM D. WALL
United States Magistrate Judge