TAM:JHK
F.#2004V00233

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| IVAN VASQUEZ-TELLEZ<br>and GEMETRICES VASQUEZ-TELLEZ, | STIPULATION OF<br><u>DISMISSAL WITH PREJUDICE</u> |
| Plaintiffs, | |
| -against- | Civil Action<br>CV-06-1064 |
| THE FEDERAL BUREAU OF INVESTIGATIONS,<br>THE UNITED STATES OF AMERICA,<br>SUFFOLK COUNTY POLICE DEPARTMENT<br>and THE COUNTY OF SUFFOLK, | (Bianco, J.)<br>(Wall, M.J.) |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-captioned action, by and through their respective undersigned counsel that, in accordance with the Stipulation For Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. § 2677, executed herein, this action, and any and all claims arising therefrom, is hereby dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs, fees and disbursements. Plaintiffs further agrees that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or

circumstances which gave rise to this lawsuit.

Dated: Garden City, New York
June 29, 2007

           MORICI & MORICI, LLP
           Attorneys for Plaintiffs
           1399 Franklin Avenue, Suite 202
           Garden City, New York 11530

By:   s/Robert Morici (electronically filed)
      ROBERT MORICI, Esq.
      (516) 873-1902

circumstances which gave rise to this lawsuit.

Dated: Central Islip, New York
       August 9, 2007

                                                      ROSLYNN R. MAUSKOPF
                                                      United States Attorney
                                                      Eastern District of New York
                                                      Attorney for Defendant
                                                      610 Federal Plaza
                                                      Central Islip, New York 11722


                              By:    s/ James H. Knapp (electronically filed)
                                       JAMES H. KNAPP (JK 5517)
                                       Assistant United States Attorney
                                       (631) 715-7879

Dated: Hauppauge, New York
       August 9, 2007

                                                      CHRISTINE MALAFI
                                                      Suffolk County Attorney
                                                      Suffolk County Attorney's Office
                                                      Attorney for Defendants
                                                      Suffolk County Police Department
                                                      and the County of Suffolk
                                                      H. Lee Dennison Building
                                                      100 Veterans Memorial Highway, P.O. Box 6100
                                                      Hauppauge, New York 11788


                              By:    s/ Robert A. Caccese (electronically filed)
                                     ROBERT A. CACCESE (__ - ____)
                                     Assistant County Attorney
                                     (631) 853-4399

SO ORDERED:

_____
HONORABLE JOSEPH F. BIANCO
United States District Judge